**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEVEN P. SUPER, | No. 4:25-CV-01049 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN OF DANVILLE STATE HOSPITAL, | |
| Respondent. | |

## ORDER

**AND NOW**, this 22nd day of May 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.    Petitioner Steven P. Super's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice for failure to exhaust state remedies.

2.    A certificate of appealability shall not issue, as Super has not made a substantial showing of the denial of a constitutional right, s*ee* 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this Court's procedural ruling is correct, *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

3.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge